IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THEODORE WASHINGTON<br><br>      Petitioner,<br><br>v.<br><br>DORA B. SCHRIRO, et al.,<br><br>      Respondents. | CIV-95-2460-PHX-JAT<br><br>**JUDGMENT** |

_____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this Court having denying the habeas relief on Claims 3, 4, 5, 8-B, 8-C, 10, 11(in part), 13, 14-B, 14-C, 15-A and 15-B and denying with prejudice Petitioner's Amended Petition for Writ of Habeas Corpus [115], Petitioner take nothing.  This Complaint and action are hereby dismissed.

DATED at Phoenix, Arizona, this 22nd day of April, 2005.

                                              RICHARD H. WEARE<br>                                              DCE/Clerk of Court

                                              By: Linda S. Patton<br>                                                  Deputy Clerk

CIV-21 (7/94)