**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theodore Washington, | No. CV-95-2460-PHX-JAT |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| Dora Schriro, et al., | **ORDER RE: CERTIFICATE OF APPEALABILITY** |
| Respondents. | |

Petitioner has filed a notice of appeal of the Court's Order denying his motion to vacate judgment. (Dkt. 147.)

Rule 22(b) of the Federal Rules of Appellate Procedure provides that when an appeal is taken by a petitioner, the district judge who rendered the judgment "shall" either issue a certificate of appealability ("COA") or state the reasons why such a certificate should not issue. *See Lynch v. Blodgett*, 999 F.2d 401, 402 (9th Cir. 1993). Pursuant to 28 U.S.C. § 2253(c)(2), a COA may issue only when the petitioner "has made a substantial showing of the denial of a constitutional right." To satisfy this standard, a petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court *could* resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983); *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A COA is proper, for example, where an issue is the subject of conflicting authority within a circuit or between circuits. *See Lambright v. Stewart*, 220 F.3d 1022, 1026 (9th Cir. 2000).

1   For the reasons set forth in its Order denying the motion to vacate (Dkt. 146) –
2 principally, because there is no authority supporting Petitioner's attempt to use Rule 60(b)
3 of the Federal Rules of Civil Procedure to circumvent Rule 4(a) of the Federal Rules of
4 Appeal – the Court finds that reasonable jurists could not debate its denial of Petitioner's
5 motion to vacate judgment and that the issues presented in the motion are not adequate to
6 deserve encouragement to proceed further. *See Jackson v. Crosby*, 437 F.3d 1290, 1295-96
7 (11th Cir. 2006) (petitioner not entitled to COA because "it would certainly be in error for
8 the district court to grant the relief requested" – i.e., to use a 60(b) motion "to restart the
9 filing period for a notice of appeal").
10  Accordingly,
11  **IT IS HEREBY ORDERED** denying a Certificate of Appealability.
12  DATED this 7th day of March, 2007.

James A. Teilborg
United States District Judge