**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theodore Washington,<br><br>      Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>      Respondents. | No. CV-95-02460-PHX-JAT<br><br>**ORDER**<br><br><u>DEATH PENALTY CASE</u> |

     The Ninth Circuit Court of Appeals having issued its mandate in *Washington v. Ryan*, 833 F.3d 1087, 1102 (9th Cir. 2016),

     **IT IS ORDERED** that Washington's Motion to Vacate Judgment (Doc. 139) is granted in part.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall vacate and reenter this Court's judgment denying Washington's petition for writ of habeas corpus (Doc. 116), *nunc pro tunc*, June 9, 2005.

     Dated this 25th day of May, 2017.

James A. Teilborg
Senior United States District Judge